```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
  UNITED STATES OF AMERICA       :

             -against-            :        18-CR-657 (ALC)

                                :        <u>ORDER</u>

  JONATHAN RICHARDSON,         :

                    Defendants.  :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      Telephonic Sentencing set for **May 14, 2020** at **10:30 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated: April 27, 2020**
        New York, New York

                                                   _____
                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**