USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/23/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                      Plaintiff,

    -against-

JONATHAN RICHARDSON,

                    Defendant.
-------------------------------------------------------------------- x

18-CR-657 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The sentencing scheduled for September 22, 2020 is adjourned to **January 28, 2021** at **11:30 a.m.**

SO ORDERED.

Dated:    New York, New York
            September 21, 2020

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**