UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
United States of America,

                             **ORDER**
                         18-CR-657 (ALC)

         -against-

Jonathan Richardson,
-------------------------------------------------------X
ANDREW L. CARTER, JR., United States District Judge:

    The sentencing scheduled for May 7, 2021 is adjourned to **June 29, 2021** at **10:00 a.m.**

    **SO ORDERED.**

Dated: New York, New York
       June 7, 2021

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-10-21