UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

           - v. -

JONATHAN RICHARDSON,

                    Defendant.

------------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6-12-26__

18-CR-00657 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A Violation of Supervised Release Hearing is set for **June 16, 2026**, at **12:00 p.m.**

**SO ORDERED.**

Dated: New York, New York
       June 12, 2026

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**