UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-15-16

-------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

           - v. -

JONATHAN RICHARDSON,

                 Defendant.

-------------------------------------------------------------------- x

18-CR-00657 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

The Violation of Supervised Release Hearing is adjourned to **June 24, 2026,** at **12:30 p.m**.

**SO ORDERED.**

Dated: New York, New York
      June 15, 2026

                                 ANDREW L. CARTER, JR.
                                 United States District Judge