UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#:_____
DATE FILED: _6-23-26_

-------------------------------------------------------------- x

UNITED STATES OF AMERICA,

            - v. -

JONATHAN RICHARDSON,

                  Defendant.

-------------------------------------------------------------- x

:
:
:
:
:
:
:
:
:
:
:
:

18-CR-00657 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

The Violation of Supervised Release Hearing is rescheduled to **12:00 p.m.**

on June 24, 2026.

**SO ORDERED.**

Dated: New York, New York
       June 23, 2026

_____
ANDREW L. CARTER, JR.
United States District Judge